CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Victor Manuel Vilchez-Jimenez**<br>YOB: 1978; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05406MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about July 23. 2026, at or near Sonoita, in the District of Arizona, **Victor Manuel Vilchez-Jimenez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on July 27, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about July 21, 2026, at or near Nogales, in District of Arizona, **Victor Manuel Vilchez-Jimenez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Victor Manuel Vilchez-Jimenez** is a citizen of Mexico. On July 27, 2025, **Victor Manuel Vilchez-Jimenez** was lawfully denied admission, excluded, deported and removed from the United States through Brownsville, Texas. On July 23. 2026, agents found **Victor Manuel Vilchez-Jimenez** in the United States at or near Sonoita, Arizona without the proper immigration documents. **Victor Manuel Vilchez-Jimenez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Victor Manuel Vilchez-Jimenez** admitted to illegally entering the United States of America from Mexico on or about July 21, 2026, at or near Nogales, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | **SIGNATURE OF COMPLAINANT (official title)**<br>[signature]<br>**OFFICIAL TITLE**<br>Taylor Garrett<br>Border Patrol Agent |

**Sworn by telephone** x

| | |
|---|---|
| **SIGNATURE OF MAGISTRATE JUDGE**[1]<br>Maria S. Aguilera | **DATE**<br>July 24, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins